# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lentigus Kenta Floyd,

*Petitioner,*

v.

Bryan Stirling, Commissioner, South Carolina Department of Corrections; and Robert Stevenson, Broad River Correctional Institution,

*Respondents,*

Civil Action :    8:14-cv-01802-MGL

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   Summary judgment granted for the Respondents.  A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by Honorable Mary Geiger Lewis.

Date:   August 24, 2017

*CLERK OF COURT*

s/ G.  Prescott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*